**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR432** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **LONNIE GRUHN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to extend the Defendant's self surrender date (Filing No. 33).

Currently, the Defendant is to report no earlier than November 27, 2006. Because he is needed as a witness in a trial scheduled for December 11, 2006, the government requests that his self surrender date be continued to December 18, 2006.

The Court will grant the request to continue the self surrender date. However, the Court cautions that it is unlikely that any further continuances will be granted.

IT IS ORDERED:

1. The government's motion to extend the Defendant's self surrender date to December 18, 2006 (Filing No. 33) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, December 18, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 17th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge