## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR432 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **LONNIE R. GRUHN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for a reduction in sentence based on the recent amendments to the crack cocaine sentencing guidelines (Filing No. 42).  The motion was heard on October 20, 2008.

IT IS ORDERED that the Defendant's motion for a reduction in sentence based on the recent amendments to the crack cocaine sentencing guidelines (Filing No. 42) is denied for the reasons stated on the record.

DATED this 20th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge